1  JACOB SNOW (SBN 270988)
       jsnow@aclunc.org
2  MATTHEW T. CAGLE (SBN 286101)
       mcagle@aclunc.org
3  NICOLAS A. HIDALGO (SBN 339177)
       nhidalgo@aclunc.org
4  CHESSIE THACHER (SBN 296767)
       cthatcher@aclunc.org
5  ANGELICA SALCEDA (SBN 296152)
       asalceda@aclunc.org
6  GRAYCE ZELPHIN (SBN 279112)
       gzelphin@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA, INC.
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493

10 *Attorneys for Movant J. Doe*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| *In the Matter of Subpoena Number FY25-ELC-0105:*<br><br>J. DOE,<br><br>            Movant,<br><br>     v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>            Respondent | Misc. Case No.:<br><br>**DECLARATION OF JACOB SNOW IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA**<br><br>Date: To be set by the Court<br>Time: To be set by the Court<br>Courtroom: To be set by the Court |
|---|---|

I, JACOB SNOW, declare as follows:

1. I am an individual over 18 years of age and counsel to Movant in this action. I can testify to the following matters from personal knowledge.

2. I have in my possession a copy of a signed declaration of J. Doe ("Doe"), which is dated September 18, 2025 and signed by hand in Doe's real name, not Doe's pseudonym. I have prepared a pseudonymous declaration of Doe that is identical in content to the signed version, but which adds the case caption and replaces Doe's name with a pseudonym. That pseudonymous declaration is also signed using "/s/ J. Doe" rather than Doe's real name.

3. To protect Doe's anonymity, I will file a true and correct copy of the pseudonymous declaration of Doe as **Attachment 2** to the Motion to Quash Administrative Subpoena. The Doe Declaration attaches the subpoena to Meta Platforms, Inc. ("Meta") as **Exhibit A**.

4. I have corresponded with Doe about the declaration and Doe has provided me with the subpoena that Doe received from Meta. I am confident that the person who signed the declaration in Doe's real name is the person whose Instagram account is targeted by the subpoena.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September 2025 in San Francisco, California.

                                            /s/ Jacob Snow
                                            JACOB SNOW