1  JACOB SNOW (SBN 270988)
      jsnow@aclunc.org
2  MATTHEW T. CAGLE (SBN 286101)
      mcagle@aclunc.org
3  NICOLAS A. HIDALGO (SBN 339177)
      nhidalgo@aclunc.org
4  CHESSIE THACHER (SBN 296767)
      cthatcher@aclunc.org
5  ANGELICA SALCEDA (SBN 296152)
      asalceda@aclunc.org
6  GRAYCE ZELPHIN (SBN 279112)
      gzelphin@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA, INC.
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493

10  *Attorneys for Movant J. Doe*

11

12            **UNITED STATES DISTRICT COURT**

13           **NORTHERN DISTRICT OF CALIFORNIA**

14  | *In the Matter of Subpoena Number FY25-ELC-0105:* | Misc. Case No.: |
    | --- | --- |
15  | J. DOE, | **DECLARATION OF MOVANT J. DOE IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA** |
16  |                              Movant, | |
17  |                    v. | |
18  | | |
19  | THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | Date: To be set by the Court |
20  | | Time: To be set by the Court |
    | | Courtroom: To be set by the Court |
    |                              Respondent | |
21

22

23

24

25

26

27

28

---

DECLARATION OF J. DOE                                     Misc. Case No._____

I, J. DOE, declare as follows:

1.     I am an individual over 18 years of age and the movant in this action. I make this declaration in support of the Motion to Quash the Administrative Subpoena that seeks to identify me. I can testify to the following matters from personal knowledge, except as those matters stated on information and belief. As to those I believe them to be true.

2.     For reasons I explain below, I make this declaration under an anonymous pseudonym, J. Doe, to protect my privacy and my anonymity.

3.     I am a citizen of the United States.

4.     I built the website at www.lbprotest.com ("LBProtest.com") to have both a global reach and a local focus. That website compiles an extensive set of resources that I have collected in order to help people in Long Beach, California, in Southern California, and around the globe find information that will help them to engage with their communities, speak up about the issues that matter to them, and participate in the democratic process. I hope and believe that when people engage and speak up in this way, our society can be improved for everyone.

5.     LBProtest.com is a website that I built as a public service to provide links to events and gatherings. That website allows viewers to search for nearby events of interest. I hope that, using LBProtest.com's accessible and user-friendly interface, people will be able to find and participate in events and speak out about the issues that matter to them.

6.     Events listed on LBProtest.com are from all over the world, including Europe, Asia, South America, and Australia. But there are more events listed that are in the Southern California area because of my personal focus on issues that matter to people in Long Beach and the surrounding area.

7.     LBProtest.com provides links to upcoming events and allows viewers to search for nearby events of interest. For each of those events, LBProtest.com includes information about the organizations that organize the event and links to more information that direct the user to other websites. I do not organize any of the events listed on the @LBProtest Instagram account or listed on the LBProtest.com website.

8.     LBProtest.com also includes detailed records from the Long Beach City Council, including the agendas for meetings, and entries on the consent and regular agenda. I make these

resources available on LBProtest.com so that people can see what the city government is doing in Long Beach and participate in their democracy at the local level.

9.      I created the @LBProtest Instagram account in January, 2024 as a means of promoting the LBProtest.com website and the resources that I share there. I hope that people who see the content posted to the @LBProtest account will see the links to LBProtest.com and learn more about the resources available there.

10.      I post content to the @LBProtest account that reflects my moral and political commitments, my sense of humor, and my connection to the Long Beach community. The @LBProtest account is designed to raise awareness about events of public concern in the community. The content that appears in @LBProtest's feed includes both content that I have created and content that I have reposted as part of a curated feed that @LBProtest's followers see. I include content in the @LBProtest feed for a wide variety of reasons, including that I consider it interesting, worth viewing, humorous, unusual, surprising, and, even at times, upsetting.

11.      After the recent immigration raids began in Southern California, I often used the @LBProtest account to speak up about what I considered to be abuses of power by the government. I am concerned that DHS agents are targeting, abducting, arresting, detaining, and abusing people based on nothing more than the views they express and the color of their skin. I spoke out to push back against DHS and the government agents who I view as wreaking havoc in the greater Los Angeles community. I hoped that my criticism of the government's actions would contribute in some way to a recognition that the abuses I saw were unjust. I also hope that by speaking out I can increase awareness in my community about what the government is doing.

12.      I do not use my own name on the @LBProtest account because I wish to keep the material that I post there and on LBProtest.com separate from my professional and personal life. The goal of my work on LBProtest.com and the @LBProtest Instagram account is to inform people of what is happening in their community and around the world and to encourage them to take action and participate in their communities. Using @LBProtest anonymously has never been primarily about ensuring that I have some protection from an unjust government seeking to persecute me for my speech. But today I am grateful for the protection that my anonymity provides.

13. On information and belief, when a user creates an Instagram post, they can invite other accounts to repost the same content or, as Instagram calls it, to "collaborate" on that post. When the invited user accepts the "collaboration" by clicking a button, the post appears in their feed and their account name is listed among the "collaborators" on the post. "Collaborators" cannot make any changes to the original post. "Collaborators" can't change the caption or any comments on the post. And "collaborators" cannot change the content of the post, whether it includes images, video, or other content. Only the original creator can author and change the content of the post.

14. On September 2, 2025, I used the @LBProtest Instagram account to approve a "collaboration" that included a video compilation of images apparently showing a Border Patrol agent conducting official government business in public, the agent's purported name, and a statement that the officer should be "welcomed to the wall of shame." I did not create the video that appears in that post and I did not author the caption. @LBProtest appeared as a "collaborator" on the post. The post in question is available at the following link: https://www.instagram.com/p/DOIBbNukZyN/.

15. On September 5, 2025, I received an email from records@facebook.com stating the following: "We have received legal process from law enforcement seeking information about your Instagram account. If we do not receive a copy of documentation that you have filed in court challenging this legal process within ten (10) days, we will respond to the requesting agency with information about the requested Instagram account. We may need to respond to this legal request within less than ten (10) days if we have a reasonable belief that we are legally required to do so. Please respond to this message with a copy of any documents you file with the court. If you would like additional information about the legal process, please let us know as soon as possible." On information and belief, this email was from Meta Platforms, Inc. ("Meta").

16. On September 6, 2025, I responded to Meta's email and requested more information about the legal process. The same day, I responded to the email again, asking for "the request number, issuing agency/jurisdiction, type of process (subpoena/order/warrant), case number, scope (data categories and date range), and your disclosure deadline."

17. On September 8, 2025, after not receiving any response from Meta, I responded again, requesting "a copy of the legal request you received in this matter? I need to confirm whether it is a

---

DECLARATION OF J. DOE                           4                    Misc. Case No._____

subpoena, court order, or another form of legal process, and understand specifically what information is being requested. Additionally, could you confirm which law enforcement agency submitted the request?" I made these requests because the original email did not provide this information, and I wanted to understand what had happened so I could take steps to protect myself.

18.     Later in the day on September 8, 2025, I sent a third response, asking the following questions: "Was this a grand jury subpoena, administrative subpoena, or search warrant? I need to know for jurisdiction purposes and filing purposes. Which district court was this filed in?"

19.     On September 9, 2025, I received a second email from records@facebook.com, and it stated the following: "Attached please find a copy of the legal process that we received on 9/4/2025. Please provide us with a file stamped copy of your motion to quash by 9/19/2025. Otherwise, we will be required to respond to the legal process."

20.     The September 9 email from records@facebook.com included an attachment, which listed "Meta Platforms, Inc." under "To (Name, Address, City, State, Zip Code)." That attachment had "DEPARTMENT OF HOMELAND SECURITY" and "IMMIGRATION ENFORCEMENT SUBPOENA to Appear and/or Produce Records 8 U.S.C. § 1225(d) and 8 C.F.R. § 287.4." A true and correct copy of the document that was attached to the email dated September 9, 2025 is enclosed as **Exhibit A**.

21.     When I imagine what could happen to me and my family if my identity is released to the government, it terrifies me. I think of people who have made the United States their home, and who have been attacked and terrorized based on the color of their skin. I have seen how others have been unfairly and (to my understanding) illegally targeted and harmed by the United States government.

22.     I am haunted by the possibility that the government will find out who I am using this subpoena. I imagine armed agents smashing through the door of my home in the middle of the night. I imagine agents breaking down the door of my family's home and abducting people I love dearly. I imagine the children in my family seeing people who care for them harmed and taken. I imagine those children being harmed. Those images fill me with dread.

DECLARATION OF J. DOE                              5                          Misc. Case No._____

23.    I believe the government is targeting me because it disagrees with the content of the speech that I have posted and reposted online. I believe that my anonymity is the only thing standing between me and unfair and unjust persecution by the government of the United States.

24.    I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September 2025.

/s/ J. Doe
J. Doe