# EXHIBIT A

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Meta Platforms, Inc.<br>1 Meta Way<br>Menlo Park, CA 94025 | **IMMIGRATION ENFORCEMENT SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

Subpoena Number
FY25-ELC-0105

2. In Reference To

| Officer Safety/Doxing: Simeon | TICTAC: SIMEON |
|---|---|
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

3. (A) CBP, ICE or USCIS Official before whom you are required to appear

[REDACTED]

(B) Date  09/08/2025

(C) Time  1:00  ☐ a.m. ☒ p.m.

4. Records required to be produced for inspection

Pursuant to an official, criminal investigation regarding officer safety, please provide the subscriber names, e-mails and telephone numbers associated as of 08/01/2025 through 09/03/2025 to the following Instagram Account usernames: [REDACTED] / [REDACTED] / lbprotest / [REDACTED] / [REDACTED] / [REDACTED]

The response should be submitted electronically to [REDACTED]. Questions regarding this request can be addressed to [REDACTED] Monday through Thursday between the hours of 0700 and 1500. Do not process this request if a fee is required as it will not be approved or paid.

5. Authorized Official

[Signature]
(Signature)

Daniel Blake
(Printed Name)

Special Operations Supervisor
(Title)

09/03/2025
(Date)

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)