1  JACOB SNOW (SBN 270988)
       jsnow@aclunc.org
2  MATTHEW T. CAGLE (SBN 286101)
       mcagle@aclunc.org
3  NICOLAS A. HIDALGO (SBN 339177)
       nhidalgo@aclunc.org
4  CHESSIE THACHER (SBN 296767)
       cthacher@aclunc.org
5  ANGELICA SALCEDA (SBN 296152)
       asalceda@aclunc.org
6  GRAYCE ZELPHIN (SBN 279112)
       gzelphin@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA, INC.
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493

10  *Attorneys for Movant J. Doe*

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14  *In the Matter of Subpoena Number FY25-ELC-0105:*    Misc. Case No.:

15  J. DOE,

16                Movant,                    **[PROPOSED] ORDER GRANTING
                                             MOTION TO QUASH
17          v.                               ADMINISTRATIVE SUBPOENA**

18  THE UNITED STATES DEPARTMENT OF
    HOMELAND SECURITY,                       Date: To be set by the Court
19                                           Time: To be set by the Court
                Respondent                   Courtroom: To be set by the Court
20

21

22

23

24

25

26

27

28

---
[PROPOSED] ORDER GRANTING MOTION TO QUASH                Misc. Case No._____

**[PROPOSED] ORDER**

Movant J. Doe filed a Motion to quash the administrative "Immigration Enforcement" subpoena issued to Meta Platforms, Inc., dated September 3, 2025, by the Department of Homeland Security. The Subpoena demands subscriber names, e-mails, and telephone numbers associated with six different Instagram accounts, of which the @LBProtest account is one.

Upon careful consideration of the arguments presented, and all briefing and evidence submitted, the Court finds good cause to GRANT Movant J. Doe's Motion to Quash Administrative Subpoena.

IT IS HEREBY ORDERED that the administrative subpoena numbered FY25-ELC-0105 issued to Meta Platforms, Inc. by the Department of Homeland Security on September 3, 2025 is hereby QUASHED with respect to all referenced Instagram accounts. The administrative subpoena numbered FY25-ELC-0105 shall have no further legal force or effect.

Dated:_____

_____
United States District Court Judge