UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE,<br><br>        Movant,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        Respondent. | Case No. 25-mc-80286-TSH<br><br>**ORDER RE: MOTION TO QUASH**<br><br>Re: Dkt. No. 1 |

    Movant J. Doe moves to quash an administrative Immigration Enforcement subpoena issued to Meta Platforms, Inc., dated September 3, 2025, by the Department of Homeland Security. ECF No. 1. Pending resolution of this matter, the Court **ORDERS** Meta not to produce the requested information without further order of the Court.

    **IT IS SO ORDERED.**

Dated: September 19, 2025

THOMAS S. HIXSON
United States Magistrate Judge