United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent. | Case No. 25-mc-80286-TSH<br><br>**ORDER SETTING DEADLINES AND HEARING RE: MOTION TO QUASH**<br><br>Re: Dkt. No. 1 |

Movant J. Doe moves to quash an administrative Immigration Enforcement subpoena issued to Meta Platforms, Inc., dated September 3, 2025, by the Department of Homeland Security. ECF No. 1. The Court **ORDERS** Movant to serve the motion to quash on Respondent by October 3, 2025, and to file a certificate of service accordingly. Respondent shall file any opposition by October 17, 2025, and Movant shall file any reply by October 24, 2025.

The motion is set for hearing on November 13, 2025 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

**IT IS SO ORDERED.**

Dated: September 25, 2025

*[signature]*
THOMAS S. HIXSON
United States Magistrate Judge