1  JACOB SNOW (SBN 285075)
       jsnow@aclunc.org
2  MATTHEW T. CAGLE (SBN 286101)
       mcagle@aclunc.org
3  NICOLAS A. HIDALGO (SBN 339177)
       nhidalgo@aclunc.org
4  CHESSIE THACHER (SBN 296767)
       cthacher@aclunc.org
5  ANGELICA SALCEDA (SBN 296152)
       asalceda@aclunc.org
6  GRAYCE ZELPHIN (SBN 279112)
       gzelphin@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA, INC.
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493

10  *Attorneys for Movant J. Doe*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCSICO DIVISION

| | |
|---|---|
| J. DOE,<br><br>    Movant,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent | Case No. 3:25-mc-80286-TSH<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Angelina Alas, am over the age of 18, employed in San Francisco, California, and not a party to this action. My business address is 39 Drumm Street, San Francisco, California 94111.

I further declare that I served:

1. **J. DOE'S NOTICE OF MOTION AND MOTION TO QUASH ADMINISTRATIVE SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES**
2. **DECLARATION OF JACOB SNOW IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA**
3. **DECLARATION OF MOVANT J. DOE IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA**
4. **EXHIBIT A TO DECLARATION OF MOVANT J. DOE**
5. **[PROPOSED] ORDER**
6. **ORDER RE: MOTION TO QUASH**
7. **STANDING ORDER FOR MAGISTRATE JUDGE HIXSON**
8. **ECF REGISTRATION INFORMATION**
9. **NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL**

by United States Certified Mail on September 24, 2025. I enclosed the documents in sealed envelopes address to the mailing addresses below, and delivered the envelopes to the United States Postal Service for Certified Mailing:

Civil Process Clerk
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025 in Novato, California.

*/s/Angelina Alas*
Angelina Alas