1  JACOB SNOW (SBN 285075)
       jsnow@aclunc.org
2  MATTHEW T. CAGLE (SBN 286101)
       mcagle@aclunc.org
3  NICOLAS A. HIDALGO (SBN 339177)
       nhidalgo@aclunc.org
4  CHESSIE THACHER (SBN 296767)
       cthacher@aclunc.org
5  ANGELICA SALCEDA (SBN 296152)
       asalceda@aclunc.org
6  GRAYCE ZELPHIN (SBN 279112)
       gzelphin@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA, INC.
8  39 Drumm Street
   San Francisco, CA 94111
9  Telephone: (415) 621-2493

10  *Attorneys for Movant J. Doe*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCSICO DIVISION

| | |
|---|---|
| J. DOE,<br><br>       Movant,<br><br>       v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>       Respondent | Case No. 3:25-mc-80286-TSH<br><br>**PROOF OF SERVICE** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>Jacob Snow SBN 270988<br>39 Drumm Street<br>San Francisco, CA 94111<br>TELEPHONE NO: (415) 621-2493   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: jsnow@aclunc.org<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF / PETITIONER:   J. DOE (Movant)<br>DEFENDANT / RESPONDENT:   THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY | CASE NUMBER:<br>3:25-mc-80286 |
| **PROOF OF HAND DELIVERY** | Ref. No. or File No.:<br>14220487 (26371699) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I delivered copies of:
DECLARATION OF JACOB SNOW IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA, ORDER RE: MOTION TO QUASH, DECLARATION OF MOVANT J. DOE IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA, STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON, EXHIBIT A, ECF Registration Information, J. DOE'S NOTICE OF MOTION AND MOTION TO QUASH ADMINISTRATIVE SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES, [PROPOSED] ORDER GRANTING MOTION TO QUASH ADMINISTRATIVE SUBPOENA, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

2. Name of Party:   Meta Platforms Inc.

3. Delivered To:   Maddie Bright, Corporation Service Company - Person Authorized to Accept

4. Date & Time of Delivery:   September 24, 2025 at 1:28 pm PDT

5. Address, City and State:   2710 Gateway Oaks Dr Suite 150N Sacramento, CA, 95833

6. Manner of Service:   Delivery to a Law Office by leaving the document(s) with their clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP § 1011(a)]

Fee for service: $50.00

Registered California process server.
Brandon Ortiz
County: Sacramento
Registration No.: 2012-037

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA 94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Brandon Ortiz*

Brandon Ortiz

Date: September 30, 2025

PROOF OF HAND DELIVERY

Page 1 of 1
Order #26371699