JACOB SNOW (CA Bar No. 285075)
jsnow@aclunc.org
MATTHEW T. CAGLE (CA Bar No. 286101)
mcagle@aclunc.org
NICOLAS A. HIDALGO (CA Bar No. 339177)
nhidalgo@aclunc.org
CHESSIE THACHER (CA Bar No. 296767)
cthacher@aclunc.org
ANGELICA SALCEDA (CA Bar No. 296152)
asalceda@aclunc.org
GRAYCE ZELPHIN (CA Bar No. 279112)
gzelphin@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Movant J. Doe in 3:25-mc-80286-TSH*

LAUREN REGAN, *pro hac vice* to be filed
(OR Bar No. 970878)
lregan@cldc.org
MATTHEW KELLEGREW, N.D. California
federal admission pending (CA Bar No. 296166)
mkellegrew@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Telephone: (541) 687-9180

*Attorneys for Movant John Doe in 4:25-mc-80284-KAW*

JOSHUA KOLTUN (CA Bar No. 173040)
joshua@koltunattorney.com
One Sansome Street
Suite 1400, No. 2544
San Francisco, California 94104
Telephone: (415) 680-3410

*Attorney for Movant Doe/LBRRN in 3:25-mc-80288-AGT*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105*<br><br>JOHN DOE,<br><br>　　　　Movant,<br><br>　　v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Respondent.<br>―――――――――――――――――――<br>J. DOE,<br><br>　　　　Movant,<br><br>　　v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Respondent.<br>―――――――――――――――――――<br>DOE/LBRRN<br><br>　　　　Movant,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Respondent. | Case No.: 4:25-mc-80284-KAW<br>*(related case)*<br><br>Case No.: 3:25-mc-80286-TSH<br>*(case to be considered for relation)*<br><br>Case No.: 3:25-mc-80288-AGT<br>*(case to be considered for relation)*<br><br>**MOVANTS' NOTICE OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 3-12(b) AND 7-11** |

# NOTICE OF MOTION

Pursuant to Local Rule 3-12(b), Movants Doe, J. Doe, and Doe/LBRRN ("Movants") hereby give notice that they have filed an Administrative Motion to Consider Whether Cases Should be Related ("Motion to Relate") so as to relate the above-captioned matter to *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080284, which was filed on September 18, 2025. Pursuant to Local Rule 3-12(b), the Motion to Relate was filed in the lowest-numbered case, *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080284. Movants hereby lodge with this Court as **Exhibit A** hereto a courtesy copy of the Motion to Relate.

Dated: September 30, 2025                    Respectfully submitted,

*/s/ Jacob Snow*
Jacob A. Snow (CA Bar No. 285075)
Matthew T. Cagle (CA Bar No. 286101)
Nicolas A. Hidalgo (CA Bar No. 339177)
Chessie Thacher (CA Bar No. 296767)
Angelica Salceda (CA Bar No. 296152)
Grayce Zelphin (CA Bar No.279112)

*Attorneys for Movant J. Doe*

*/s/ Lauren Regan*
Lauren Regan, *pro hac vice* to be filed
(OR Bar No. 970878)
Matthew Kellegrew, N.D. California federal admission pending (CA Bar No. 296166)

*Attorneys for Movant John Doe*

*/s/ Joshua Koltun*
Joshua Koltun (CA Bar No. 173040)

*Attorney for Movant Doe/LBRRN*

## L.R. 5-1 ATTESTATION

I, Jacob Snow, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Jacob Snow*
Jacob Snow