# Exhibit A

| | |
|---|---|
| JACOB SNOW (CA Bar No. 285075)<br>jsnow@aclunc.org<br>MATTHEW T. CAGLE (CA Bar No. 286101)<br>mcagle@aclunc.org<br>NICOLAS A. HIDALGO (CA Bar No. 339177)<br>nhidalgo@aclunc.org<br>CHESSIE THACHER (CA Bar No. 296767)<br>cthacher@aclunc.org<br>ANGELICA SALCEDA (CA Bar No. 296152)<br>asalceda@aclunc.org<br>GRAYCE ZELPHIN (CA Bar No. 279112)<br>gzelphin@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>*Attorneys for Movant J. Doe in 3:25-mc-80286-TSH* | LAUREN REGAN, *pro hac vice* to be filed<br>(OR Bar No. 970878)<br>lregan@cldc.org<br>MATTHEW KELLEGREW, N.D. California<br>federal admission pending (CA Bar No. 296166)<br>mkellegrew@cldc.org<br>CIVIL LIBERTIES DEFENSE CENTER<br>1711 Willamette St. Ste 301, #359<br>Eugene, OR 97401-4593<br>Telephone: (541) 687-9180<br><br>*Attorneys for Movant John Doe in 4:25-mc-80284-KAW*<br><br>JOSHUA KOLTUN (CA Bar No. 173040)<br>joshua@koltunattorney.com<br>One Sansome Street<br>Suite 1400, No. 2544<br>San Francisco, California 94104<br>Telephone: (415) 680-3410<br><br>*Attorney for Movant Doe/LBRRN in 3:25-mc-80288-AGT* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105*<br><br>JOHN DOE,<br>        Movant,<br>    v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>        Respondent. | Case No.: 4:25-mc-80284-KAW<br>*(related case)*<br><br>Case No.: 3:25-mc-80286-TSH<br>*(case to be considered for relation)*<br><br>Case No.: 3:25-mc-80288-AGT<br>*(case to be considered for relation)*<br><br>**JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 3-12(b) AND 7-11** |
| J. DOE,<br>        Movant,<br>    v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>        Respondent. | |
| DOE/LBRRN<br>        Movant,<br>    v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>        Respondent. | |

**INTRODUCTION**

On September 18 and 19, 2025, three anonymous individuals filed three miscellaneous actions in this district to protect their First Amendment right to anonymously create, curate, and share content online in the face of Respondent United States Department of Homeland Security ("DHS") efforts to reveal their identities. On September 18, 2025, the individual who operates the @StopICENet Instagram account ("@StopICENet") filed *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080284, moving to quash DHS subpoena number "FY25-ELC-0105" (the "Subpoena") issued to Meta Platforms, Inc. ("Meta") by DHS. Later that day, the individual who operates the @LBProtest Instagram account ("@LBProtest") filed a motion to quash the same subpoena in *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080286, Dkt. No. 1. On September 19, 2025, the individual who operates the @LBRRN Instagram account ("@LBRRN") filed a motion to quash the same subpoena in *Doe/LBRRN v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080288, Dkt. No. 1.

To preserve judicial resources and avoid the possibility of inconsistent rulings, @StopICENet, @LBProtest, and @LBRRN ("Movants") jointly move for consideration that the three cases be related.

**I.      APPLICABLE STANDARD UNDER CIVIL L.R. 3-12**

Under Civil Local Rule 3-12, an "action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

Whenever a party knows or believes that an action may be related to an action which is or was pending in the Northern District, said party "must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7- 11." Civil L.R. 3-12(b). That motion must include: "(1) The title and case number of each apparently related case; (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)." Civil L.R. 3-12(d).

II.  **THE THREE ACTIONS CHALLENGING THE SAME DHS ADMINISTRATIVE SUBPOENA ARE RELATED.**

The three actions concern the same event: DHS's issuance of a subpoena targeting Movants. And the three actions include similar parties and interested entities, including DHS (the source of the subpoena) and Meta (the recipient of the subpoena). The Subpoena targets each of Movants' accounts because they posted or reposted a video on Instagram that included images and criticism of a Border Patrol agent seemingly conducting official government business in public. The Subpoena demands subscriber names, e-mails, and telephone numbers associated with each of Movants' accounts. These common facts support relating the three cases and consolidating them before a single judge.

**There is a risk of conflicting legal analysis if the cases are not related.** All three Movants move to quash the Subpoena on the basis that it targets them in violation of their First Amendment rights. *Doe,* Case No. 25-mc-080284, Dkt. No. 1, 6–7; *Doe,* Case No. 25-mc-080286, Dkt. No. 1, 6–15; *Doe/LBRRN,* Case No. 25-mc-080288, Dkt. No. 1, 12–16, 18–20. And all three Movants move to quash the subpoena because it exceeds DHS's statutory authority under 8 U.S.C. § 1225. *Doe,* Case No. 25-mc-080284, Dkt. No. 1, 3–6; *Doe,* Case No. 25-mc-080286, Dkt. No. 1, 15–19; *Doe/LBRRN,* Case No. 25-mc-080288, Dkt. No. 1, 16–17. If three different judges rule on each of Movants' motions, there is a risk of conflicting results. Three other Instagram accounts are listed on the Subpoena but have not yet sought relief in court. Those other accounts, as well as others who wish to understand their rights to speak out against government actions they disapprove of, would benefit from a ruling from a single judge presiding over three related cases.

**There is also a risk of inconsistent procedural rulings if the cases are not related.** At the time of filing, the Court in two of the three cases has issued an order prohibiting Meta from producing the request information without further order of the court. *J. Doe*, Case No. 25-mc-80286-TSH, Dkt. No. 4; *Doe/LBRRN*, Case No. 25-mc-80288-AGT, Dkt. No. 7. Two of the three cases also have a briefing schedule set by the Court. *J. Doe,* Case No. 25-mc-80286-TSH, Dkt. No. 6; *Doe*, N.D. Cal. Case No. 25-mc-080284, Dkt. No. 5. And in two of the three cases, the Court has issued a Clerk's Notice Re Consent or Declination to proceed before a magistrate judge. *J. Doe*, Case No. 25-mc-80286-TSH, Dkt. No. 3;

*Doe/LBRRN*, Case No. 25-mc-80288-AGT, Dkt. No. 8. Relating the three cases would allow the Court to consider the three motions on a unified schedule with a single hearing.

Movants have served both DHS and Meta with copies of the motions to quash in each of the three cases. *Doe,* Case No. 25-mc-080284, Dkt. No. 7; *Doe,* Case No. 25-mc-080286, Dkt. Nos. 8 and 9; *Doe/LBRRN,* Case No. 25-mc-080288, Dkt. No. 9. But because counsel for DHS has not yet appeared in this action, Movants have not been able to seek a stipulation from DHS with respect to this motion to relate, as they would otherwise have, as directed by Civil Local Rule 7-11 (Administrative motions should be accompanied by "either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained."). Declaration of Jacob Snow in Support of Administrative Motion to Consider Whether Cases Should Be Related, ¶ 3.

**CONCLUSION**

Movants respectfully request that the Court order the actions related and set a single briefing schedule for the three motions to quash.

Dated: September 30, 2025            Respectfully submitted,

*/s/ Jacob Snow*
Jacob Snow (CA Bar No. 285075)
Matthew T. Cagle (CA Bar No. 286101)
Nicolas A. Hidalgo (CA Bar No. 339177)
Chessie Thacher (CA Bar No. 296767)
Angelica Salceda (CA Bar No. 296152)
Grayce Zelphin (CA Bar No.279112)

*Attorneys for Movant J. Doe*

*/s/ Lauren Regan*
Lauren Regan, *pro hac vice* to be filed
(OR Bar No. 970878)
Matthew Kellegrew, N.D. California federal admission pending (CA Bar No. 296166)

*Attorneys for Movant John Doe*

*/s/ Joshua Koltun*
Joshua Koltun (CA Bar No. 173040)

*Attorney for Movant Doe/LBRRN*

## L.R. 5-1 ATTESTATION

I, Jacob Snow, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Jacob Snow*
Jacob Snow

---

JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 3-12(b) and 7-11      4      Case No. 4:25-mc-80284-KAW

| | |
|---|---|
| JACOB SNOW (CA Bar No. 285075)<br>jsnow@aclunc.org<br>MATTHEW T. CAGLE (CA Bar No. 286101)<br>mcagle@aclunc.org<br>NICOLAS A. HIDALGO (CA Bar No. 339177)<br>nhidalgo@aclunc.org<br>CHESSIE THACHER (CA Bar No. 296767)<br>cthacher@aclunc.org<br>ANGELICA SALCEDA (CA Bar No. 296152)<br>asalceda@aclunc.org<br>GRAYCE ZELPHIN (CA Bar No. 279112)<br>gzelphin@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>*Attorneys for Movant J. Doe in 3:25-mc-80286-TSH* | LAUREN REGAN, *pro hac vice* to be filed<br>(OR Bar No. 970878)<br>lregan@cldc.org<br>MATTHEW KELLEGREW, N.D. California<br>federal admission pending (CA Bar No. 296166)<br>mkellegrew@cldc.org<br>CIVIL LIBERTIES DEFENSE CENTER<br>1711 Willamette St. Ste 301, #359<br>Eugene, OR 97401-4593<br>Telephone: (541) 687-9180<br><br>*Attorneys for Movant John Doe in 4:25-mc-80284-KAW*<br><br>JOSHUA KOLTUN (CA Bar No. 173040)<br>joshua@koltunattorney.com<br>One Sansome Street<br>Suite 1400, No. 2544<br>San Francisco, California 94104<br>Telephone: (415) 680-3410<br><br>*Attorney for Movant Doe/LBRRN in 3:25-mc-80288-AGT* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105*<br><br>JOHN DOE,<br>　　　　Movant,<br>　　v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>　　　　Respondent.<br><br>J. DOE,<br>　　　　Movant,<br>　　v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>　　　　Respondent.<br><br>DOE/LBRRN<br>　　　　Movant,<br>　　v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>　　　　Respondent. | Case No.: 4:25-mc-80284-KAW<br>*(related case)*<br><br>Case No.: 3:25-mc-80286-TSH<br>*(case to be considered for relation)*<br><br>Case No.: 3:25-mc-80288-AGT<br>*(case to be considered for relation)*<br><br>**DECLARATION OF JACOB SNOW IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 3-12(b) AND 7-11** |

I, JACOB SNOW, declare as follows:

1. I am an individual over 18 years of age and counsel to Movant J. Doe in this action. I can testify to the following matters from personal knowledge.

2. I make this declaration in support of the Movants' Joint Administrative Motion to Consider Whether Cases Should Be Related Pursuant To Civil L.R. 3-12(a) and 7-11 (the "Joint Motion to Relate"), filed on September 30, 2025.

3. At the time I filed the Joint Motion to Relate, the United States Department of Homeland Security ("DHS"), Respondent in this action, had not appeared through counsel in this action. Because DHS has not yet appeared, Movants have not been able to seek a stipulation from DHS before filing this motion to relate.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September 2025 in San Francisco, California.

                                                          */s/ Jacob Snow*
                                                          JACOB SNOW

JACOB SNOW (CA Bar No. 285075)
jsnow@aclunc.org
MATTHEW T. CAGLE (CA Bar No. 286101)
mcagle@aclunc.org
NICOLAS A. HIDALGO (CA Bar No. 339177)
nhidalgo@aclunc.org
CHESSIE THACHER (CA Bar No. 296767)
cthacher@aclunc.org
ANGELICA SALCEDA (CA Bar No. 296152)
asalceda@aclunc.org
GRAYCE ZELPHIN (CA Bar No. 279112)
gzelphin@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Movant J. Doe in 3:25-mc-80286-TSH*

LAUREN REGAN, *pro hac vice* to be filed
(OR Bar No. 970878)
lregan@cldc.org
MATTHEW KELLEGREW, N.D. California
federal admission pending (CA Bar No. 296166)
mkellegrew@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Telephone: (541) 687-9180

*Attorneys for Movant John Doe in 4:25-mc-80284-KAW*

JOSHUA KOLTUN (CA Bar No. 173040)
joshua@koltunattorney.com
One Sansome Street
Suite 1400, No. 2544
San Francisco, California 94104
Telephone: (415) 680-3410

*Attorney for Movant Doe/LBRRN in 3:25-mc-80288-AGT*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105*<br><br>JOHN DOE,<br><br>    Movant,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent.<br><br>J. DOE,<br><br>    Movant,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent.<br><br>DOE/LBRRN,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent. | Case No.: 4:25-mc-80284-KAW<br>*(related case)*<br><br>Case No.: 3:25-mc-80286-TSH<br>*(case to be considered for relation)*<br><br>Case No.: 3:25-mc-80288-AGT<br>*(case to be considered for relation)*<br><br>**[PROPOSED] ORDER RE: JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 3-12(b) AND 7-11** |

**[PROPOSED] ORDER**

Movants in *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080284, *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080286, and *Doe/LBRRN v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080288, have filed an administrative motion to consider whether the cases should be related (the "Motion to Relate"). The Court, having considered the motion, hereby grants the Motion to Relate.

IT IS SO ORDERED.

Dated:_____

_____
United States Magistrate Judge