1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
3  Chief, Civil Division

4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-7200
      Facsimile: (415) 436-6748
6     pamela.johann@usdoj.gov

7  Attorneys for Respondent

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

| | |
|---|---|
| In the matter of the Subpoena No. FY25-ELC-0105<br><br>J. DOE,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent. | Case No. 3:25-mc-80286-TSH<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO QUASH; [PROPOSED] ORDER** |

On September 18, 2025, Movant J. Doe ("Doe 2") filed this miscellaneous action seeking to quash an administrative subpoena issued by Respondent United States Department of Homeland Security ("DHS"). The Court issued an order requiring DHS to file an opposition by October 17, 2025, ordering a reply by October 24, 2025, and setting a hearing for November 13, 2025. Dkt. 6. DHS was served with the motion on September 26, 2025, and with the Court's scheduling order on October 3, 2025.

On September 18, 2025, Movant John Doe ("Doe 1") filed a separate miscellaneous action seeking to quash the same administrative subpoena, docketed at 4:25-mc-80284-KAW. The Court in

*Doe 1* issued an order requiring DHS to file an opposition by October 14, 2025. On September 30, 2025, Doe 2 filed an administrative motion to consider whether *Doe 2* should be related to *Doe 1*. *See Doe 1*, Dkt. No. 8. The administrative motion was filed jointly by Doe 1, Doe 2, and the movant in a third miscellaneous action, *Doe/LBRRN v. United States Department of Homeland Security*, No. 25-mc-80288-AGT. DHS does not oppose the administrative motion to consider whether the three miscellaneous actions are related

Counsel for Doe 2 and DHS[1] have met and conferred regarding a briefing schedule for the motion to quash. Subject to the Court's approval, the parties stipulate as follows:

1. Respondent's response to the motion to quash shall be filed by November 4, 2025.
2. Movant's reply shall be filed by November 18, 2025.
3. The motion is set for hearing on December 4, 2025.

IT IS SO STIPULATED.

DATED: October 8, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann*\*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondent

DATED: October 8, 2025

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.

*/s/ Jacob Snow*
JACOB SNOW

Attorneys for Movant

\*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

---

[1] Doe 1 and DHS are separately stipulating to a similar briefing schedule in *Doe 2*. A briefing schedule has not yet been set in the third action, *Doe/LBRRN v. DHS*.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Respondent's response to the motion to quash shall be filed by November 4, 2025.  Movant's reply shall be filed by November 18, 2025.  The motion is set for hearing on December 4, 2025.

Date:

_____
THOMAS S. HIXSON
United States Magistrate Judge