1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2 | PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
3 | Chief, Civil Division

4 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
5 |     Telephone: (415) 436-7200
    Facsimile: (415) 436-6748
6 |     pamela.johann@usdoj.gov

7 | Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the matter of the Subpoena No. FY25-ELC-0105<br><br>JOHN DOE,<br>    Movant,<br>  v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    Respondent. | Case No. 3:25-mc-80284-JD<br><br>**STIPULATION REGARDING MOTIONS TO QUASH; [PROPOSED] ORDER** |
| In the matter of the Subpoena No. FY25-ELC-0105<br><br>J. DOE,<br>    Movant,<br>  v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    Respondent. | Case No. 3:25-mc-80286-JD |

STIPULATION RE MOTIONS TO QUASH
Nos. 25-mc-80284-JD; 25-mc-80286-JD; 25-mc-80288-JD     1

|   |   |
|---|---|
| DOE/LBRRN | Case No. 3:25-mc-80288-JD |
| Movant, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

1.  These three miscellaneous cases ("*Doe 1*," 25-mc-80284; "*Doe 2*," No. 25-mc-80286; and "*Doe 3*," 25-mc-80288) seek to quash an administrative subpoena issued by Respondent United States Department of Homeland Security ("DHS") to Meta Platforms, Inc., Subpoena No. FY25-ELC-0105 (the "Subpoena"). *Doe 2* and *Doe* 3 were related to *Doe 1* by an Order dated October 17, 2025. *Doe 1*, Dkt. No. 11.

2.  On November 4, the Court granted the parties' stipulation regarding a briefing schedule for the motions to quash in these three cases. Dkt. No. 20. Pursuant to that order, Respondent's responses to the motions to quash are due November 25, 2025, and Movants' replies are due December 11, 2025. The motions are set for hearing on January 8, 2026, at 10:00 a.m.

3.  Respondent represents that it has withdrawn the Subpoena.

4.  Accordingly, the parties request that the Court vacate the briefing schedule and hearing. The parties will meet and confer regarding next steps and will submit a further stipulation or status report by December 9, 2025.

IT IS SO STIPULATED.

DATED: November 24, 2025              Respectfully submitted,

                                     CRAIG H. MISSAKIAN
                                     United States Attorney

                                     */s/ Pamela T. Johann*\*
                                     PAMELA T. JOHANN
                                     Assistant United States Attorney

                                     Attorneys for Respondent

|   |   |
|---|---|
| DATED: November 24, 2025 | CIVIL LIBERTIES DEFENSE CENTER |
|   | */s/ Lauren Regan*<br>LAUREN REGAN |
|   | Attorneys for Movant *Doe 1* |
| DATED: November 24, 2025 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC. |
|   | */s/ Jacob Snow*<br>JACOB SNOW |
|   | Attorneys for Movant *Doe 2* |
| DATED: November 24, 2025 | JOSHUA KOLTUN, ATTORNEY |
|   | */s/ Joshua Koltun*<br>JOSHUA KOLTUN |
|   | Attorneys for Movant *Doe 3* |

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Pursuant to stipulation, IT IS SO ORDERED. The briefing schedule for the motions to quash and the hearing set for January 8, 2026, are hereby vacated. A further stipulation or status report shall be filed by December 9, 2026.

IT IS SO ORDERED.

Date: _____

                                                                              _____
                                                                              JAMES DONATO
                                                                              United States District Judge